UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN THE MATTER OF THE COMPLAINT OF STANLEY P. ZUPAN FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY** | * * * * * * * * * | Case No. 3:20 CV 1464-JZ<br><br>JUDGE JACK ZOUHARY |

## ORDER APPROVING PETITIONER'S
## AD INTERIM STIPULATION AND RESTRAINING SUITS

On application of Petitioner, Stanly P. Zupan, pursuant to the provisions of Supplemental Rule F of the Federal Rules of Civil Procedure, and on reading Petitioner's Proposed *Ad Interim* Stipulation for Value in the amount of $8,100.00, plus interest and costs, having filed with this Court a letter of Undertaking securing the value of a 1989 Bayliner Marine Corp Ciera Series 2855 Sunbridge boat, Identification Number BP1B36CDB989 (the "SUNBRIDGE"), and requesting due appraisal of the value of the SUNBRIDGE, and requesting that, pending such appraisal, said *Ad Interim* Stipulation and Letter of Undertaking shall stand as security in this proceeding.

**IT IS HEREBY ORDERED** that said *Ad Interim* Stipulation and security be, and the same hereby is **APPROVED;** and

**IT IS FURTHER ORDERED** that the prosecution and/or institution of any suits, actions, or legal proceedings of any nature or description whatsoever in any court whatsoever, against Petitioner, his agents, servants, or employees, arising out of or connected with the casualty which occurred on July 8, 2017, in the Marblehead area of Lake Erie, Ottawa County, Ohio, are, except in this proceeding, hereby stayed and restrained until the hearing and determination of this proceeding, and

**IT IS FURTHER ORDERED** that the execution and filing of said *Ad Interim* Stipulation shall be without prejudice to the due appraisal of the vessel under Order of this Court and that any party may apply to have the amount of said stipulation increased or decreased as the Court may direct; and

**IT IS FURTHER ORDERED** that service of a certified copy of this Order may be made in the usual manner on person or persons to be restrained, or their respective representatives.

Toledo, Ohio this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE